## United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC13 | E 2204272 | M Gomez | 4432 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/11/2025 1420 | 38CFR1.218(a)(12) |

Place of Offense
5401 E 7th St., Long Beach, Ca. 90822 Lot + I (old)

Offense Description: Factual Basis for Charge          HAZMAT ☐

Parking in spaces posted as
Reserved; Employee Experience
Award Reserved Parking #9

**DEFENDANT INFORMATION**

Last Name: Allen
First Name: Kristina
M.I.: L.

Street Address:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7BHC101 | CA | 13 | Ford Taurus | | Gray |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 15     Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ 45     **Total Collateral Due**

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| FEDERAL COURTHOUSE 255 E TEMPLE ST 3RD FLOOR LOS ANGELES CA. 90012 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature     Not Present

Original - CVB Copy

I state that on April 11, 20 25 while exercising my duties as a law enforcement officer in the Central District of California
See attach/le

The foregoing statement is based upon:

☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/11/2025
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident